| | |
|---|---|
| JENNETTE B. FRANKLIN AND GERALD WASHINGTON | SUIT NO:        DIVISION: |
| | 18TH JUDICIAL DISTRICT COURT |
| VERSUS | |
| TRISURA SPECIALTY INSURANCE COMPANY, FREIGHT HAWGZ TRANSPORT LLC; STATE FARM MUTUAL AUTOMOBILE COMPANY; MACKENIEZE REAGAN AND ANATOLIY ORZYA | PARISH OF WEST BATON ROUGE |
| | STATE OF LOUISIANA |

**FAXED 3/29/22**

PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Jennette B. Franklin, a resident and domiciliary of West Baton Rouge Parish, State of Louisiana, and Gerald Washington, a resident and domiciliary of Iberville Parish, State of Louisiana, who respectfully represents that:

1.

MADE DEFENDANTS HEREIN ARE:

1. **TRISURA SPECIALTY INSURANCE COMPANY,** a foreign corporation authorized to do and doing business in the State of Louisiana, which may be served through its agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, LA 70804;

2. **FREIGHT HAWGZ TRANSPORT LLC,** a domestic limited liability company authorized to do and doing business in the State of Louisiana, which may be served through its agent for service of process, Nikisha Reagan, 17018 Sculptured Rock Lane, Humble, Texas 77346; and

3. **PROGRESSIVE SECURITY INSURANCE COMPANY or in the alternative an affiliate thereof,** a foreign corporation authorized to do and doing business in the State of Louisiana, which may be served through its agent for service of process, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, LA 70816, and;

4. **MACKENZIE REAGAN,** a resident of the lawful age of majority of the County of Harris, State of Louisiana, who may be served at 17018 Sculptured Rock Lane, Humble, Texas 77346 and

5. **ANATOLIY ORZYA,** a resident of the lawful age of majority of the County of Anderson, State of South Carolina, who may be served at 162 Victory Lane, Belton, South Carolina 29627.

2.

Defendants are indebted unto petitioners for an offense or quasi offense occurring on or about March 29, 2021, in the Parish of West Baton Rouge, State of Louisiana.

3.

On or about March 29, 2021, plaintiff, JENNETTE B. FRANKLIN, was operating her 2015 GMC SIERRA C150, occupied by, GERALD WASHINGTON, traveling east on Louisiana Interstate 10 on the New Mississippi River Bridge, when suddenly and without warning,

Exhibit A

defendant, MACKANIEZE REAGAN, operator of a 2012 Dodge Ram 3500 ST, owned by MACKANIEZE REAGAN and/or FREIGHT HAWGZ TRANSPORT LLC , also traveling on eastbound on Louisiana Interstate 10 on the new Mississippi River Bridge, violently collided into the rear of a 2007 GMC Savana Cutaway, operated by ANATOLIY ORZYA, owned by Yana Orzya, causing the GMC Savana to be pushed into the rear of the plaintiff's vehicle, resulting in a multicar accident.

4.

As a result of the negligence of defendant, MACKANIEZE REAGAN, plaintiff, JENNETTE B. FRANKLIN and GERALD WASHINGTON sustained severe injuries.

5.

As a result of the negligence of defendant, ANATOLIY ORZYA., plaintiff, JENNETTE B. FRANKLIN and GERALD WASHINGTON sustained severe injuries, sustained severe injuries.

6.

Plaintiffs allege upon information and belief that the accident described above was caused by the negligence, fault, omissions and/or intentional acts of the defendant, MACKANIEZE REAGAN in the following non-exclusive particulars:

A.  Failure to give proper notice to oncoming traffic;

B.  Generally failing to take measures, which could or should have been taken, to ensure the safety of others;

C.  Failing to exercise due care, caution, and skill in operating his motor vehicle;

D.  Failure to act reasonably under the circumstances;

E.  Failure to protect the public from unreasonable risks of harm;

F.  In violating the rules of the road, the laws and ordinances of the Parish of Iberville and the State of Louisiana; and

G.  Any and all negligence, fault, and/or intentional acts which are to be shown at the trial of this matter.

7.

Plaintiffs allege upon information and belief that the accident described above was caused by the negligence, fault, omissions and/or intentional acts of the defendant, ANATOLIY ORZYA in the following non-exclusive particulars:

A.  Failure to give proper notice to oncoming traffic;

B.  Generally failing to take measures, which could or should have been taken, to ensure the

safety of others;

C. Failing to exercise due care, caution, and skill in operating his motor vehicle;

D. Failure to act reasonably under the circumstances;

E. Failure to protect the public from unreasonable risks of harm;

F. In violating the rules of the road, the laws and ordinances of the Parish of Iberville and the State of Louisiana; and

G. Any and all negligence, fault, and/or intentional acts which are to be shown at the trial of this matter.

**8.**

As a result of the accident described herein, plaintiff, JENNETTE B. FRANKLIN, sustained the following non-exclusive damages:

A. Past, present and future physical pain and suffering;

B. Past, present and future mental anguish and suffering;

C. Past, present and future medical expenses;

D. Past, present and future lost wages;

E. Past, present and future loss of earning capacity;

F. Past, present and future loss of enjoyment of life;

G. Past, present and future disfigurement and impairment;

H. Disability; and

I. Other damages which will be proven at trial.

**9.**

As a result of the accident described herein, plaintiff, GERALD WASHINGTON, sustained the following non-exclusive damages:

B. Past, present and future physical pain and suffering;

B. Past, present and future mental anguish and suffering;

C. Past, present and future medical expenses;

D. Past, present and future lost wages;

E. Past, present and future loss of earning capacity;

F. Past, present and future loss of enjoyment of life;

G. Past, present and future disfigurement and impairment;

H. Disability; and

I. Other damages which will be proven at trial.

**10.**

MACKANIEZE REAGAN was an employee of FREIGHT HAWGZ TRANSPORT LLC., and/or had permission to drive the FREIGHT HAWGZ TRANSPORT LLC. vehicle at the time of the accident. Plaintiffs' further allege that at the time of the accident described herein, MACKANIEZE REAGAN was in the course and scope of their employment with FREIGHT HAWGZ TRANSPORT LLC., who is therefore vicariously liable for the negligence of its employee, MACKANIEZE REAGAN.

**11.**

Petitioners allege, upon information and belief, that the defendant, TRISURA SPECIALTY INSURANCE COMPANY, insured defendant, FREIGHT HAWGZ TRANSPORT LLC. and/or the vehicle driven by MACKANIEZE REAGAN., at all times relevant hereto, for the negligence and fault of MACKANIEZE REAGAN and/or otherwise provided coverage for the damages sustained by plaintiffs, JENNETTE B. FRANKLIN and GERALD WASHINGTON, as alleged herein and/or may be proven at trial.

**12.**

Petitioners allege, upon information and belief, that the defendant, PROGRESSIVE SECURITY INSURANCE COMPANY or in the alternative an affilate thereof, insured defendant, ANATOLIY ORZYA and/or the vehicle driven by ANATOLIY ORZYA, at all times relevant hereto, for the negligence and fault of ANATOLIY ORZYA and/or otherwise provided coverage for the damages sustained by plaintiffs, JENNETTE B. FRANKLIN and GERALD WASHINGTON, as alleged herein and/or may be proven at trial.

**13.**

As a result of this accident, the petitioner, JENNETTE B. FRANKLIN, has suffered severe injuries to various parts of her body, including but not limited to her spine and other unknown and grievous injuries to the body, all causing her severe pain and suffering.

**14.**

As a result of this accident, the petitioner, GERALD WASHINGTON, has suffered severe injuries to various parts of his body, including but not limited to his spine and other unknown and grievous injuries to the body, all causing him severe pain and suffering.

WHEREFORE, your petitioners pray that a copy of this petition, along with a reasonably fit and proper citation be served upon the defendants, that the defendants be caused either to answer or otherwise plead within the delays, and that there be judgment in favor of your petitioner and against the defendants for all outstanding damages with legal interest from the date of judicial demand and all costs of these proceedings.

Respectfully submitted,

*Law Office of Maurice D. Hall*
Maurice D. Hall (Bar Roll #: 29894)
23515 Railroad Avenue
Plaquemine, Louisiana 70764
Telephone: (225) 687-6873
Facsimile: (225) 687-6863
alicia@mauricehall.com, christina@mauricehall.com, hallfactor@mauricehall.com
*Attorney for Plaintiffs, Jennette B. Franklin and Gerald Washington*

**SERVICE INFORMATION:**

**FREIGHT HAWGZ TRANSPORT LLC**
*VIA LONG ARM STATUE*
Through its agent for service of process
**Nikisha Reagan**
17018 Sculptured Rock Lane
Humble, Tx 77346

**AND**

**MACKENZIE REAGAN**
*VIA LONG ARM STATUE*
17018 Sculptured Rock Lane
Humble, Tx 77346

**AND**

**TRISURA SPECIALTY INSURANCE COMPANY**
Through its agent for service of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70804

**AND**

**PROGRESSIVE SECURITY INSURANCE COMPANY**
Through its agent for service of process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**AND**

**ANATOLIY ORZYA**
*VIA LONG ARM STATUE*
162 Victory Lane
Belton, South Carolina 29627.